Wilson Rubber Company, appellee, v. Hospital Equipment Bureau, appellant. Gen. No. 28,125.

Action to recover money for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Lee W. Carrier, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

Morris Kompel, for appellant. Hoyne & O'Connor, for appellee.

The court adopted the opinion prepared by the late Justice Morrill.

---

Lora Smith, appellee, v. George M. Hahner, appellant. Gen. No. 28,144.

Suit for damages to automobile by collision. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. F. S. Righeimer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed April 24, 1923.

Miller, Gorham, Wales & Noxon, for appellant. Max Krauss, for appellee.

The court adopted the opinion prepared by the late Justice Morrill.

---

Christina H. Hauck, appellee, v. City of Chicago, appellant. Gen. No. 28,157.

Personal injury suit for damages sustained by stepping into a hole in sidewalk. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson and William H. Devenish, for appellant; Charles M. McDonnell and Cora B. Hirtzel, of counsel. James L. Bynum, for appellee.

The court adopted the opinion prepared by the late Justice Morrill.

---

David Baronholtz and William Randell, trading as United Auto Wreckers, appellees, v. Jacob Gidwitz, appellant. Gen. No. 28,209.

Suit for purchase price of automobile. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of fact. Opinion filed April 24, 1923. Rehearing denied May 7, 1923.

Shulman, Shulman & Abrams and Vincent Gallagher, for appellant. Philip A. Weinstein, for appellees.

The court adopted the opinion prepared by the late Justice Morrill.